

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

1  Daniel G. Bogden
     United States Attorney
2  Timothy S. Vasquez
     Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336/Fax: (702) 388- 6418

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | 02:12-CR-484-LRH-VCF |
| vs. | |
| MARCO GLISSON, | **UNITED STATES' MOTION TO UNSEAL INDICTMENT** |
| Defendant | |

COMES NOW THE UNITED STATES OF AMERICA, by and through its undersigned attorneys, and hereby moves that this Court order the Clerk of the Court to unseal the Indictment in this case.

RESPECTFULLY SUBMITTED this 23rd day of July 2013.

DANIEL G. BOGDEN
United States Attorney

TIMOTHY S. VASQUEZ
Assistant United States Attorney

**SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 7-25-2013